UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH RICHARD AGOZINO,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>MICHAEL J. ASTRUE,<br>COMMISSIONER OF THE<br>SOCIAL SECURITY ADMINISTRATION,<br><br>　　　　Respondent. | CASE NO. CV 07-1798-GPS (PJW)<br><br>ORDER ACCEPTING REPORT AND<br>ADOPTING FINDINGS, CONCLUSIONS,<br>AND RECOMMENDATIONS OF UNITED<br>STATES MAGISTRATE JUDGE |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, the records on file, and the Report and Recommendation of United States Magistrate Judge and has considered *de novo* the portions of the Report as to which objections have been filed.  The Court accepts the Magistrate Judge's Report and adopts it as its own findings and conclusions.

　　　DATED:　　October 5, 2008　　　　　　　　　.

　　　　　　　　　　　　　　　　GEORGE P. SCHIAVELLI
　　　　　　　　　　　　　　　　―――――――――――――――――――
　　　　　　　　　　　　　　　　GEORGE P. SCHIAVELLI
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

C:\Temp\notesFFF692\~9211148.wpd