UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH RICHARD AGOZINO, | ) Case No. CV 07-1798-GPS (PJW) |
| Plaintiff, | ) |
| | ) J U D G M E N T |
| v. | ) |
| MICHAEL J. ASTRUE, COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION, | ) |
| Defendant. | ) |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed with prejudice.

DATED:   October 5, 2008 .

GEORGE P. SCHIAVELLI
───────────────────────
GEORGE P. SCHIAVELLI
UNITED STATES DISTRICT JUDGE

C:\Temp\notesFFF692\1798 Judgment.wpd